UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COOPER-STANDARD
AUTOMOTIVE, INC.,

    Plaintiff,

v.

AMPHENOL THERMOMETRICS, INC., *et al.*,

    Defendants.

Case No. 22-cv-11083
Hon. Matthew F. Leitman

_____/

### ORDER DENYING PLAINTIFF'S MOTION TO STRIKE (ECF No. 16)

Now before the Court is Plaintiff's Motion to Strike (ECF No. 16) the Motion to Dismiss (ECF No. 12) filed by the Defendants. Plaintiff's Motion to Strike is DENIED. For the reasons explained in Defendants' Opposition to Plaintiff's Motion to Strike (ECF No. 19), the Court is not persuaded (1) that Plaintiff materially failed to meet and confer or (2) that striking Defendants' Motion to Dismiss would be appropriate under the circumstances of this case.

    **IT IS SO ORDERED.**

                                                 s/Matthew F. Leitman
                                                 MATTHEW F. LEITMAN
                                                 UNITED STATES DISTRICT JUDGE

Dated: January 10, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 10, 2023, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126