UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COOPER-STANDARD AUTOMOTIVE, INC.,

    Plaintiff,

v.

                                        Case No. 22-cv-11083
                                        Hon. Matthew F. Leitman

AMPHENOL THERMOMETRICS, INC., *et al.*,

    Defendants.
_____/

**ORDER SHORTENING BRIEFING SCHEDULE
FOR PLAINTIFF'S MOTION TO DISMISS (ECF No. 29)**

    In this civil action, Defendant Amphenol Advanced Sensors Puerto Rico, LLC ("AASPR") has filed a First Amended Counterclaim against Plaintiff Cooper-Standard Automotive, Inc. ("Cooper-Standard"). (*See* First Am. Counterclaim, ECF No. 28.) On February 17, 2023, Cooper-Standard filed a Motion to Dismiss AASPR's First Amended Counterclaim. (*See* Mot., ECF No. 29.) Under the Court's Local Rules, AASPR's Response would ordinarily be due by March 10, 2023. (*See* E.D. Mich. LR 7.1(3)(2).) However, the Court has determined that the briefing deadlines shall be shortened as follows:

- AASPR shall file a Response to Cooper-Standard's motion by no later than **March 6, 2023.**

- Cooper-Standard shall file a Reply by no later than **March 10, 2023.**

1

The Court believes that this shortened briefing schedule is fair and appropriate because the issues raised in Cooper-Standard's Motion to Dismiss (ECF No. 29) are not new.  AASPR first filed a Counterclaim on December 19, 2022 (ECF No. 18), and Cooper-Standard moved to dismiss the Counterclaim on January 9, 2023 (ECF No. 22).  Rather than immediately resolving the issues presented in that motion when it was filed, the Court granted AASPR leave to file a First Amended Counterclaim (*see* Order, ECF No. 24), and AASPR did so on February 8, 2023 (*see* First Am. Counterclaim, ECF No. 28).  The issues raised in Cooper-Standard's current Motion to Dismiss the First Amended Counterclaim largely track those originally raised in its earlier Motion to Dismiss AASPR's Counterclaim.

This shortened briefing period will also allow the Court to hear arguments on Cooper-Standard's Motion to Dismiss AASPR's First Amended Counterclaim (ECF No. 29) on March 14, 2023, during the same hearing when the Court will hear arguments on AASPR's Motion to Dismiss Cooper-Standard's First Amended Complaint (ECF No. 12).

    **IT IS SO ORDERED.**

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated:  February 21, 2023

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 21, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

3